# United States District Court

CITY OF MILWAUKEE,

        Appellant,

      v.                                       Case No. 16–C-0079

KEVIN WILLIAMS,

        Appellee.

---

The action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

IT IS ORDERED AND ADJUDGED that the decision of the bankruptcy court is affirmed.

APPROVED:    s/ C. N. Clevert, Jr.
                      C.N. CLEVERT, JR.
                      U.S. District Judge

                                                JON W. SANFILIPPO
                                                Clerk

           2/28/17                          s/ Kristine W. Brah
            Date                              (By) Deputy Clerk